**Order entered October 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00588-CV

## IN RE: BRADLEY SCOTT KIDWELL D/B/A MCKINNEY VINTAGE MARKET D/B/A KIDWELL AND COMPANY, Appellants

### V.

### JUDGE PAUL RALEEH, Appellee

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-00207-2019**

## ORDER

Before the Court is appellee's motion to abate the deadline for his brief on the merits pending resolution of his motion to dismiss. Because appellee has filed his brief on the merits, we **DENY** the motion to abate the deadline as moot.

/s/ ERIN A. NOWELL
   JUSTICE